UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **LUSANGA LUSANGA** | **CASE NO. 6:19-CV-00062 SEC P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **INDALECIO RAMOS ET AL** | **MAGISTRATE JUDGE HANNA** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Lusanga's Petition for Writ of *Habeas Corpus* be **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUSIANA, this 27th day of June, 2019.

_____
Terry A. Doughty
United States District Judge